**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

WASHINGTON, D.C. · PARIS · BRUSSELS · LONDON · MOSCOW
FRANKFURT · COLOGNE · ROME · MILAN · HONG KONG
BEIJING · BUENOS AIRES · SÃO PAULO · ABU DHABI · SEOUL

THOMAS J. MOLONEY
STEVEN M. LOEB
CRAIG B. BROD
NICOLAS GRABAR
HOWARD S. ZELBO
DAVID E. BRODSKY
ARTHUR H. KOHN
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
STEVEN L. WILNER
ANDRES DE LA CRUZ
DAVID C. LOPEZ
MICHAEL A. GERSTENZANG
LEV L. DASSIN
NEIL Q. WHORISKEY
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
DIANA L. WOLLMAN
JEFFREY A. ROSENTHAL
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J. RAYMOND
SUNG K. KANG
SANDRA L. FLOW
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
JOON H. KIM
MARGARET S. PEPONIS
LISA M. SCHWEITZER

JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
BREON S. PEACE
CHANTAL E. KORDULA
BENET J. O'REILLY
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY
MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU
ROGER A. COOPER
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A. BAREFOOT
JONATHAN S. KOLODNER
DANIEL ILAN
MEYER H. FEDIDA
ADRIAN R. LEIPSIC
ELIZABETH VICENS
ADAM J. BRENNEMAN
ARI D. MACKINNON
JAMES E. LANGSTON
JARED GERBER
COLIN D. LLOYD
COREY M. GOODMAN
RISHI ZUTSHI
JANE VANLARE
DAVID H. HERRINGTON
KIMBERLY R. SPOERRI
AARON J. MEYERS
DANIEL C. REYNOLDS
ABENA A. MAINOO
HUGH C. CONROY, JR.

JOSEPH LANZKRON
MAURICE R. GINDI
KATHERINE R. REAVES
RAHUL MUKHI
ELANA S. BRONSON
MANUEL SILVA
KYLE A. HARRIS
LINA BENSMAN
ARON M. ZUCKERMAN
RESIDENT PARTNERS

SANDRA M. ROCKS
JUDITH KASSEL
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
MARY E. ALCOCK
HEIDE H. ILGENFRITZ
KATHLEEN M. EMBERGER
AVRAM E. LUFT
ANDREW WEAVER
HELENA K. GRANNIS
JOHN V. HARRISON
CAROLINE F. HAYDAY
NEIL R. MARKEL
KENNETH S. BLAZEJEWSKI
LAURA BAGARELLA
SHIRLEY M. LO
JONATHAN D.W. GIFFORD
SUSANNA F. PARKER
DAVID W.S. YUDIN
RESIDENT COUNSEL

LOUISE M. PARENT
OF COUNSEL

T: (212) 225 2609
vhou@cgsh.com

July 17, 2020

Honorable Jesse M. Furman
United States District Court Judge
Thurgood Marshall United States Courthouse
40 Centre Street, Room 2202
New York, NY 10007

*The Court sees no need to hold a conference just for Defense counsel to ask for an adjournment. Accordingly, the conference is hereby ADJOURNED to September 14, 2020, at 3:00 p.m. The Clerk of Court is directed to terminate Doc. 418. SO ORDERED.*

*July 20, 2020*

Re: <u>United States v. Garcia, No. 1:13-cr-00143</u>

Dear Judge Furman:

I am counsel initially appointed by Your Honor under the Criminal Justice Act to represent Mr. Brian Garcia in the above-captioned case. As the Court is aware, the June 9, 2020 summons for alleged violations of supervised release conditions set the initial appearance for July 27, 2020 at 2:30 p.m. (the "July 27 Conference").

In accordance with the June 24, 2020 Amended Standing Order of Chief Judge McMahon of the Southern District of New York as well as other guidance, announcements, and standing orders of the Southern District of New York regarding COVID-19, I respectfully request, on behalf of Mr. Garcia and with Mr. Garcia's consent, that the Court hold the July 27 Conference remotely through a telephonic conference. Mr. Garcia has limited access to internet and video capabilities and is therefore respectfully requesting a telephonic conference rather than a video conference.

Based upon conversations with my client Mr. Garcia, I understand that his state court appearance for the May 12, 2020 arrest, which resulted in a desk appearance ticket and is part of the underlying violation report, is on September 9, 2020. As a result, I intend to request at the July 27 Conference that the Court adjourn the case until after this appearance date so that the parties and the Court will have a better sense of the potential disposition of the May arrest.

Honorable Jesse M. Furman, p. 2

        I have conferred with Assistant United States Attorney Edward Diskant, who has no objections to the conference occurring via video or teleconferencing, and I understand that AUSA Diskant will consent to this adjournment request.

Respectfully,

*/s/ Victor L. Hou*

Victor L. Hou

cc:    Assistant United States Attorney Edward Diskant (by email)
       Joseph Perry (by email)