UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                     :
:
-v-                             :            13-CR-143-9 (JMF)
:
BRIAN GARCIA,                                :            ORDER
:
Defendant.            :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      There is a conference in this matter scheduled for **September 14, 2020**. Counsel are directed to confer and, **within two business days of this Order**, submit a joint letter indicating their views on whether the conference should be held or if it should be adjourned (and, if so, for how long). If either party believes that the conference should be held, counsel should explain why and indicate their views on (1) whether the conference should be held in person or remotely; and (2) whether, if permitted Court under the Constitution, the Federal Rules, and the CARES Act, the Defendant consents to a remote proceeding and/or to waiving his/her appearance altogether.

      After reviewing the parties' joint letter, the Court will issue an order indicating whether the conference will be held and, if so, how; and addressing any other relevant deadlines and information. If a conference is held, it may have to be at a different time. To that end, counsel should indicate in their joint letter dates and times during the week of the currently scheduled conference that they would be available for a conference, whether in person or remote. In the event of a remote proceeding, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-jesse-m-furman.

      SO ORDERED.

Dated: September 1, 2020
       New York, New York
                                              JESSE M. FURMAN
                                          United States District Judge