# CLEARY GOTTLIEB STEEN & HAMILTON LLP

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

WASHINGTON, D.C. • PARIS • BRUSSELS • LONDON • MOSCOW
FRANKFURT • COLOGNE • ROME • MILAN • HONG KONG
BEIJING • BUENOS AIRES • SÃO PAULO • ABU DHABI • SEOUL

THOMAS J. MOLONEY
STEVEN M. LOEB
CRAIG B. BROD
NICOLAS GRABAR
HOWARD S. ZELBO
DAVID E. BRODSKY
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
STEVEN L. WILNER
ANDRES DE LA CRUZ
DAVID C. LOPEZ
MICHAEL A. GERSTENZANG
LEV L. DASSIN
NEIL Q. WHORISKEY
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
DIANA L. WOLLMAN
JEFFREY A. ROSENTHAL
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J. RAYMOND
SUNG K. KANG
SANDRA L. FLOW
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
JOON H. KIM
MARGARET S. PEPONIS
LISA M. SCHWEITZER
JUAN G. GIRÁLDEZ

DUANE MCLAUGHLIN
BREON S. PEACE
CHANTAL E. KORDULA
BENET J. O'REILLY
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY
MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU
ROGER A. COOPER
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A. BAREFOOT
JONATHAN S. KOLODNER
DANIEL ILAN
MEYER H. FEDIDA
ADRIAN R. LEIPSIC
ELIZABETH VICENS
ADAM J. BRENNEMAN
ARI D. MACKINNON
JAMES E. LANGSTON
JARED GERBER
COLIN D. LLOYD
COREY M. GOODMAN
RISHI ZUTSHI
JANE VANLARE
DAVID H. HERRINGTON
KIMBERLY R. SPOERRI
AARON J. MEYERS
DANIEL C. REYNOLDS
ABENA A. MAINOO
HUGH C. CONROY, JR.
JOSEPH LANZKRON

MAURICE R. GINDI
KATHERINE R. REAVES
RAHUL MUKHI
ELANA S. BRONSON
MANUEL SILVA
KYLE A. HARRIS
LINA BENSMAN
ARON M. ZUCKERMAN
RESIDENT PARTNERS

SANDRA M. ROCKS
JUDITH KASSEL
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
MARY E. ALCOCK
HEIDE H. ILGENFRITZ
KATHLEEN M. EMBERGER
AVRAM E. LUFT
ANDREW WEAVER
HELENA K. GRANNIS
JOHN V. HARRISON
CAROLINE F. HAYDAY
NEIL R. MARKEL
KENNETH S. BLAZEJEWSKI
LAURA BAGARELLA
JONATHAN D.W. GIFFORD
SUSANNA E. PARKER
DAVID W.S. YUDIN
RESIDENT COUNSEL

LOUISE M. PARENT
OF COUNSEL

September 3, 2020

<u>VIA ECF</u>

Honorable Jesse M. Furman
United States District Court Judge
Thurgood Marshall United States Courthouse
40 Centre Street, Room 2202
New York, NY 10007

Re:  <u>United States v. Garcia, No. 1:13-cr-00143</u>

Dear Judge Furman:

I represent Mr. Brian Garcia in the above-captioned case. Pursuant to Your Honor's September 1, 2020 order ("Order"), Assistant U.S. Attorney Edward Diskant and I have conferred and write jointly to request that the conference scheduled for September 14, 2020 at 3:00 PM go forward as scheduled.

It is our understanding that Mr. Garcia's next state court appearance, for the arrest underlying part of Mr. Garcia's violation report in the present case, is scheduled for September 9, 2020. We therefore expect to be prepared to provide you with an update on Mr. Garcia's case in the following week, on September 14, as planned.

I also respectfully request, on behalf of Mr. Garcia and with Mr. Garcia's consent, that the Court hold the September 14 conference remotely via telephone. A telephone conference is consistent with the June 24, 2020 Amended Standing Order of Chief Judge McMahon regarding video teleconferencing and telephone conferencing for criminal proceedings, as well as other guidance, orders, and policies put in place at the Southern District of New York regarding COVID-19. Mr. Garcia does not currently have access to video conferencing technology but can participate via telephone. Mr. Diskant has no objections to a remote conference.

Honorable Jesse M. Furman, p. 2

                                        Respectfully,

                                        */s/ Victor L. Hou*

                                        Victor L. Hou

cc:  Assistant United States Attorney Edward Diskant (by email)
      Joseph Perry (by email)

Application GRANTED. The conference remains scheduled for September 14, 2020 at 3:00 p.m. At that time, counsel and the Defendant shall call the Court's dedicated conference call line at (888) 363-4749, using access code 542-1540 followed by the pound (#) key. Members of the public and press may attend using the same dial-in information; they will be placed in listen-only mode. The parties are reminded to follow the procedures for teleconferences described in the Court's Emergency Individual Rules and Practices in Light of COVID-19, which are available at https://nysd.uscourts.gov/hon-jesse-m-furman. Among other things, those procedures require counsel to provide advance notice of who will participate in the conference and the telephone numbers they will use to participate. The Clerk of Court is directed to terminate Doc. #421. SO ORDERED.

September 4, 2020