# CLEARY GOTTLIEB STEEN & HAMILTON LLP

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

WASHINGTON, D.C. • PARIS • BRUSSELS • LONDON • MOSCOW
FRANKFURT • COLOGNE • ROME • MILAN • HONG KONG
BEIJING • BUENOS AIRES • SÃO PAULO • ABU DHABI • SEOUL

THOMAS J. MOLONEY
STEVEN M. LOEB
CRAIG B. BROD
NICOLAS GRABAR
HOWARD S. ZELBO
DAVID E. BRODSKY
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
STEVEN L. WILNER
ANDRES DE LA CRUZ
DAVID C. LOPEZ
MICHAEL A. GERSTENZANG
LEV L. DASSIN
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
DIANA L. WOLLMAN
JEFFREY A. ROSENTHAL
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J. RAYMOND
SUNG K. KANG
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
JOON H. KIM
MARGARET S. PEPONIS
LISA M. SCHWEITZER
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
BREON S. PEACE
CHANTAL E. KORDULA
BENET J. O'REILLY
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY
MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU
ROGER A. COOPER
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A. BAREFOOT
JONATHAN S. KOLODNER
DANIEL ILAN
MEYER H. FEDIDA
ADRIAN R. LEIPSIC
ELIZABETH VICENS
ADAM J. BRENNEMAN
ARI D. MACKINNON
JAMES E. LANGSTON
JARED GERBER
COLIN D. LLOYD
COREY M. GOODMAN
RISHI ZUTSHI
JANE VANLARE
DAVID H. HERRINGTON
KIMBERLY R. SPOERRI
AARON J. MEYERS
DANIEL C. REYNOLDS
ABENA A. MAINOO
HUGH C. CONROY, JR.
JOSEPH LANZKRON
MAURICE R. GINDI
KATHERINE R. REAVES
RAHUL MUKHI
ELANA S. BRONSON
MANUEL SILVA
KYLE A. HARRIS
LINA BENSMAN
ARON M. ZUCKERMAN
RESIDENT PARTNERS

SANDRA M. ROCKS
JUDITH KASSEL
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
MARY E. ALCOCK
HEIDE H. ILGENFRITZ
KATHLEEN M. EMBERGER
AVRAM E. LUFT
ANDREW WEAVER
HELENA K. GRANNIS
JOHN V. HARRISON
CAROLINE F. HAYDAY
NEIL R. MARKEL
KENNETH S. BLAZEJEWSKI
LAURA BAGARELLA
JONATHAN D.W. GIFFORD
SUSANNA E. PARKER
DAVID W.S. YUDIN
RESIDENT COUNSEL

LOUISE M. PARENT
OF COUNSEL

D: +1 212 225 2609
vhou@cgsh.com

November 4, 2020

VIA ECF

Honorable Jesse M. Furman
United States District Court Judge
Thurgood Marshall United States Courthouse
40 Centre Street, Room 2202
New York, NY 10007

Re:  United States v. Garcia, No. 1:13-cr-00143

Dear Judge Furman:

I represent Mr. Brian Garcia in the above-captioned case. Pursuant to Your Honor's October 30, 2020 order, Assistant U.S. Attorney Edward Diskant and I have conferred with each other. With Mr. Diskant's consent, I write to request that the conference scheduled for November 18, 2020 at 2:00 PM go forward as scheduled.

We understand that Mr. Garcia has a state court appearance on or around November 6, 2020 for the arrest underlying part of Mr. Garcia's violation report in the present case. We also understand that Mr. Garcia is currently gainfully employed at a retail store. Therefore, we anticipate being able to provide Your Honor with an update on Mr. Garcia's case.

I also respectfully request, with Mr. Garcia's consent, that the November 18 conference be held telephonically. A telephone conference is consistent with the September 16, 2020 Second Amended Standing Order of Chief Judge McMahon regarding video teleconferencing and telephone conferencing for criminal proceedings, as well as other guidance, orders, and policies put in place at the Southern District of New York regarding COVID-19. Mr. Garcia does not currently have access to video conferencing technology. Mr. Diskant has no objections to a remote conference.

Respectfully,

*/s/ Victor L. Hou*

Victor L. Hou

cc: Assistant United States Attorney Edward Diskant (by email)
     Joseph Perry (by email)

Application GRANTED. To access the conference, counsel and members of the press/public should call the Court's dedicated conference call line at (888) 363-4749 and use access code 542-1540 followed by the pound(#) key. The parties are reminded to follow the procedures for teleconferences described in the Court's Emergency Individual Rules and Practices in Light of COVID-19, which are available at https://nysd.uscourts.gov/hon-jesse-m-furman. The Clerk of Court is directed to terminate Doc. #425. SO ORDERED.

November 4, 2020