March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -v-

Brian Garcia ,

                  Defendant(s).
---------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELECONFERENCE**

1:13-CR- 143(JMF)

Defendant  Brian Garcia  hereby voluntarily consents to participate in the following proceeding via video or teleconferencing:

- \_\_\_ Initial Appearance/Appointment of Counsel
- \_\_\_ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)
- \_\_\_ Preliminary Hearing on Felony Complaint
- \_\_\_ Bail/Revocation/Detention Hearing
- _X_ Status and/or Scheduling Conference
- \_\_\_ Misdemeanor Plea/Trial/Sentence

_/s/ Brian Garcia_
**Defendant's Signature**
(Judge may obtain verbal consent on Record and Sign for Defendant)
November 17, 2020

Brian Garcia
**Print Defendant's Name**

_/s/ Victor L. Hou_
**Defense Counsel's Signature**
November 17, 2020

Victor L. Hou
**Print Defense Counsel's Name**

This proceeding was conducted by reliable video or teleconferencing technology.

November 18, 2020
**Date**

_/s/ Judge_
**U.S. District Judge**